JOHN K. GALLAGHER, ESQ.
Nevada Bar No.0956
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty St., Suite 800
P.O. Box 2838
Reno, Nevada 89501
Telephone:  775.786.2366
Facsimile:  775.322.9105
jgallagher@ggfltd.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| v. ) | |
| ) | **COMPLAINT FOR DAMAGES AND** |
| ) | **INJUNCTIVE RELIEF** |
| JULIANNA PAK, an individual d/b/a ) | |
| IBENEVOLO and IBENEVOLO.COM; ) | |
| JULIANNA PAK, an individual; and MARK ) | |
| PAK, an individual, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Microsoft Corporation ("Microsoft") brings this action against Defendants Julianna Pak, an individual doing business as ibenevolo and ibenevolo.com; Julianna Pak, an individual; and Mark Pak, an individual (collectively "Defendants"), alleging that they engaged in copyright and trademark infringement; false designation of origin, false description and representation; and unfair competition.  Microsoft seeks damages, an accounting, the imposition of a constructive trust upon Defendants' illegal profits, and injunctive relief.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

1

**THE PARTIES**

1.      Microsoft is a Washington corporation with its principal place of business located in Redmond, Washington.  Microsoft develops, markets, distributes and licenses computer software.

2.      Ibenevolo.com is an Internet website engaged in the business of advertising, marketing, copying, offering, and/or distributing purported Microsoft software.

3.      Upon information and belief, defendant Julianna Pak, an individual, does business as, owns, operates, and/or otherwise controls ibenevolo and ibenevolo.com.  Upon information and belief, Julianna Pak transacts substantial business in this district.  Upon information and belief, Juliana Pak (a) personally participated in and/or (b) had the right and ability to supervise, direct and control the wrongful conduct alleged in this Complaint, and (c) derived direct financial benefit from that wrongful conduct.  Upon information and belief, Julianna Pak (a) has authority to bind ibenevolo.com in transactions, or (b) exercised joint ownership or control over the infringing items alleged in this Complaint.

4.      Upon information and belief, defendant Mark Pak, an individual, did business as, owned, operated, and/or otherwise controlled a website, BestWholesaleSoftware.com, which was a predecessor to or has worked at relevant times with ibenevolo.com.  Upon information and belief, defendant Mark Pak transacts business in this district.  Upon information and belief, Mark Pak (a) personally participated in and/or (b) had the right and ability to supervise, direct and control the wrongful conduct alleged in this Complaint, and (c) derived direct financial benefit from that wrongful conduct.  Upon information and belief, Mark Pak exercised joint ownership or control over the infringing items alleged in this Complaint.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET,
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

5.     Upon information and belief, each of the defendants was, at all times mentioned in this Complaint, acting as the agent, employee, or alter ego of every other defendant, and in doing the things mentioned herein, was acting within the course and scope of such agency, employment, or other relationship and with knowledge and consent of the other defendants.

**JURISDICTION**

6.     This Court has subject matter jurisdiction over Microsoft's claims for trademark infringement, copyright infringement and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

7.     This Court has supplemental jurisdiction over Microsoft's claims arising under the laws of Nevada pursuant to 28 U.S.C. § 1367(a) because these claims are so related to Microsoft's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

**VENUE**

8.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a) because (a) Defendants reside in the District of Nevada, and/or (b) a substantial part of the events giving rise to Microsoft's claims occurred in the District of Nevada.

**FACTS COMMON TO ALL CLAIMS**

9.     Microsoft develops, advertises, markets, distributes, and licenses a number of computer software programs.  Depending on the version, Microsoft's software programs are distributed recorded on discs, made available by Microsoft for download, or made available by Microsoft for pre-installation.  Microsoft software programs are distributed together with associated proprietary materials such as user's guides, user's manuals, end user license agreements, Certificates of Authenticity, product keys and other components.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

10.   Microsoft Office 2010:  Microsoft Office 2010 ("Office 2010") is a suite of popular Microsoft software programs.  Microsoft holds a valid copyright in Office 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft Office 2010, bearing the number TX 7-151-840, is attached hereto as Exhibit 1 and is incorporated by reference.  Office Professional Plus 2010 includes the following popular Microsoft software programs:

A.   Microsoft Excel 2010 is a program that allows users to create spreadsheets, perform calculations, and store numerical data.  Microsoft holds a valid copyright in Microsoft Excel 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft Excel 2010, bearing the number TX 7-218-085, is attached hereto as Exhibit 2 and is incorporated by reference.

B.   Microsoft Outlook 2010 is a program that allows users and networked teams to create and manage calendars, tasks, and contacts.  Microsoft holds a valid copyright in Microsoft Outlook 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft Outlook 2010, bearing the number TX 7-206-501, is attached hereto as Exhibit 3 and is incorporated by reference.

C.   Microsoft PowerPoint 2010 is a program that allows users to create, organize, and present overhead and slide presentations.  Microsoft holds a valid copyright in Microsoft PowerPoint 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft PowerPoint 2010, bearing the number TX 7-219-973, is attached hereto as Exhibit 4 and is incorporated by reference.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 900
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

1      D.      Microsoft Word 2010 is a program that allows users to create and edit

2  reports and documents.  Microsoft holds a valid copyright in Microsoft Word 2010 that was

3  duly and properly registered with the United States Copyright Office.  A true and correct copy

4  of the Copyright Registration Certificate for Microsoft Word 2010, bearing the number TX 7-

5  206-498, is attached hereto as Exhibit 5 and is incorporated by reference.

6      E.      Microsoft OneNote 2010 is a computer program that allows users to

7  organize text, pictures, digital handwriting, and notes in one spot so that they may be accessed

8  and shared.  Microsoft holds a valid copyright in OneNote 2010 that was duly and properly

9  registered with the United States Copyright Office.  A true and correct copy of the

10  Registration Certificate for Microsoft OneNote 2010, bearing the number TX 7-206-464, is

11  attached hereto as Exhibit 6 and is incorporated by reference.

12      F.      Microsoft Publisher 2010 is a desktop publishing program that allows

13  users to create, customize, and publish materials such as newsletters, brochures, flyers,

14  catalogs, and websites.  Microsoft holds a valid copyright in Microsoft Publisher 2010 that

15  was duly and properly registered with the United States Copyright Office.  A true and correct

16  copy of the Copyright Registration Certificate for Microsoft Publisher 2010, bearing the

17  number TX 7-206-489, is attached hereto as Exhibit 7 and is incorporated by reference.

18      G.      Microsoft Access 2010 is a program that allows users to create and

19  manipulate databases and store data.  Microsoft holds a valid copyright in Microsoft Access

20  2010 that was duly and properly registered with the United States Copyright Office.  A true

21  and correct copy of the Copyright Registration Certificate for Microsoft Access 2010, bearing

22  the number TX 7-206-461, is attached hereto as Exhibit 8 and is incorporated by reference.

23      H.      Microsoft InfoPath 2010 is a computer program that allows users to

24  collect and manage data using electronic forms.  The copyright in Microsoft's InfoPath 2010

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft InfoPath 2010, bearing the number TX 7-206-468, is attached hereto as Exhibit 9 and is incorporated by reference.

       I.     Microsoft SharePoint Workspace 2010 is a computer program that allows users to access SharePoint content whether or not they are connected to the SharePoint server or working offline.  The copyright in Microsoft's SharePoint Workspace was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft SharePoint Workspace 2010, bearing the number TX 7-206-481, is attached hereto as Exhibit 10 and is incorporated by reference.

       11.    Microsoft Office 2016:  Microsoft Office 2016 ("Office 2016") is another suite of popular Microsoft software programs.  Microsoft holds a valid copyright in Office 2016 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft Office 2016, bearing the number TX 8-097-602, is attached hereto as Exhibit 11 and is incorporated by reference.

       12.    Microsoft has also duly and properly registered a number of trademarks and a service mark in the United States Patent and Trademark Office on the Principal Register, including, but not limited to:

     A.     "ACCESS," Trademark Registration No. 3,238,869;

     B.     ACCESS LAUNCH ICON, Trademark Registration No. 3,905,556;

     C.     ACCESS LAUNCH ICON, Trademark Registration No. 4,365,955;

     D.     "EXCEL," Trademark Registration No. 2,942,050;

     E.     EXCEL LAUNCH ICON, Trademark Registration No. 3,905,558;

     F.     EXCEL LAUNCH ICON, Trademark Registration No. 4,355,451;

     G.     "INFOPATH," Trademark Registration No. 2,890,260;

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

H.     INFOPATH LAUNCH ICON, Trademark Registration No. 3,905,557;

I.     "MICROSOFT," Trademark and Service Mark Registration No. 1,200,236;

J.     "MICROSOFT OFFICE," Trademark Registration No. 3,625,391;

K.     OFFICE 2010 DESIGN, Trademark Registration No. 4,029,299;

L.     OFFICE 2012 DESIGN WITH TEXT, Trademark Registration No. 4,456,462;

M.     OFFICE 2012 DESIGN, Trademark Registration No. 4,459,826;

N.     "ONENOTE," Trademark Registration No. 2,844,710;

O.     ONENOTE LAUNCH ICON, Trademark Registration No. 3,905,559;

P.     ONENOTE LAUNCH ICON, Trademark Registration No.4,351,584;

Q.     "OUTLOOK," Trademark Registration No. 2,188,125;

R.     OUTLOOK LAUNCH ICON, Trademark Registration No. 3,905,560;

S.     OUTLOOK LAUNCH ICON, Trademark Registration No.4,355,446;

T.     "POWERPOINT," Trademark Registration No. 1,475,795;

U.     POWERPOINT LAUNCH ICON, Trademark Registration No. 3,905,561;

V.     POWERPOINT LAUNCH ICON, Trademark Registration No. 4,385,388;

W.     PUBLISHER LAUNCH ICON, Trademark Registration No. 3,909,142;

X.     PUBLISHER LAUNCH ICON, Trademark Registration No. 4,355,448;

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

Y.     "SHAREPOINT," Trademark Registration No. 2,854,862, for computer

programs;

Z.     SHAREPOINT LAUNCH ICON, Trademark Registration No.

3,909,144;

AA.    WORD LAUNCH ICON, Trademark Registration No. 3,909,143; and

BB.    WORD LAUNCH ICON, Trademark Registration No.4,355,444;

True and correct copies of the Trademark Registrations for A through BB above are

attached hereto as Exhibits 12 through 39, respectively, and are incorporated by reference.

## DEFENDANTS' INFRINGEMENT

13.    On information and belief, Defendants advertised, marketed, copied, offered

and/or distributed unauthorized copies of Microsoft software and/or components, despite

having notice that their conduct infringed Microsoft's copyrights, trademarks and/or service

mark.

14.    On information and belief, Defendants indicate that that they distribute genuine

Microsoft software, and in their advertisements, Defendants misappropriate and/or infringe

Microsoft's copyrights, advertising ideas, style of doing business, slogans, trademarks and/or

service mark.  The Microsoft software sold by Defendants is actually infringing.

15.    On information and belief, Defendants knew or should have known that they

were distributing infringing copies of Microsoft software.

16.    Nevertheless, in December 2015, Defendants made and/or distributed to an

investigator via Internet download an unauthorized and infringing copy of Microsoft Office

2010 software.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

17.     In December 2015, Defendants also made and/or distributed to an investigator via Internet download an unauthorized and infringing copy of Microsoft Office 2016 software.

18.     On information and belief, these are not isolated incidents, and Defendants' infringement is not limited to Office software.  Rather, Defendants have been and continue to be involved in advertising, marketing, copying, offering, and/or distributing counterfeit and infringing copies of Microsoft's software and/or related components to other persons or entities.

19.     On information and belief, Defendants have committed and are continuing to commit acts of copyright and trademark infringement against Microsoft.  On information and belief, at a minimum, Defendants were willfully blind and acted in reckless disregard of Microsoft's registered copyrights, trademarks and service marks.

20.     On information and belief, Microsoft has been harmed by Defendants' activities, including their advertising activities and unauthorized use of Microsoft's copyright protected material, and the unauthorized use of Microsoft's marks to describe the items that Defendants are distributing.

## FIRST CLAIM
### [Copyright Infringement – 17 U.S.C. § 501, et seq.]
### Against Defendants

21.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 20, inclusive.

22.     Microsoft is the sole owner of Microsoft Office 2010, Excel 2010, Outlook 2010, PowerPoint 2010, Word 2010, Publisher 2010, Access 2010, OneNote 2010, InfoPath 2010, SharePoint Workspace 2010, and Office 2016, and of the corresponding copyrights and Certificates of Registration.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

23.     Defendants have infringed the copyrights in Microsoft's software, including but not limited to Microsoft Office 2010, Excel 2010, Outlook 2010, PowerPoint 2010, Word 2010, Publisher 2010, Access 2010, OneNote 2010, InfoPath 2010, SharePoint Workspace 2010, and Office 2016, by advertising, marketing, copying, offering, and/or distributing infringing materials in the United States of America without approval or authorization from Microsoft.

24.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered copyrights.

25.     Defendants (a) caused, induced, or materially contributed to unauthorized copying in the United States of America of Microsoft software, including but not limited to Microsoft Office 2010, Excel 2010, Outlook 2010, PowerPoint 2010, Word 2010, Publisher 2010, Access 2010, OneNote 2010, InfoPath 2010, SharePoint Workspace 2010, and Office 2016, and had reason to know about such copying and/or (b) had the right and ability to supervise, direct and control such unauthorized copying and (c) derived direct financial benefit from it.

26.     As a result of their wrongful conduct, Defendants are liable to Microsoft for copyright infringement.  17 U.S.C. § 501.  Microsoft has suffered damages.  Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  17 U.S.C. § 504.  Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

27.     In addition, for the reasons set forth above, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

28.     Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503.  Microsoft

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's copyrights are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement harms Microsoft such that Microsoft could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

29.      Microsoft is also entitled to recover its attorneys' fees and costs of suit.  17 U.S.C. § 505.

## SECOND CLAIM
### [Trademark Infringement – 15 U.S.C. § 1114]
### Against Defendants

30.      Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 29, inclusive.

31.      Defendants' activities constitute infringement of Microsoft's federally registered trademarks and service mark in violation of the Lanham Trademark Act, including but not limited to 15 U.S.C. § 1114(1).

32.      Because Microsoft advertises, markets, distributes, and licenses its software under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software is distinguished from the software and related items of others in the same or related fields.

33.      Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software programs or services of Microsoft.

34.      The infringing materials that Defendants have and are continuing to advertise, market, copy, offer, and/or distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

11

35.     Further, Defendants' activities are likely to lead the public to conclude, incorrectly, that the infringing materials that Defendants are advertising, marketing, copying, offering, and/or distributing originate with or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees, and the public.

36.     Upon information and belief, Defendants advertised, marketed, copied, offered and/or distributed infringing material with the purpose of misleading or confusing customers and the public as to the origin and authenticity of the infringing materials and of trading upon Microsoft's business reputation.

37.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered marks.

38.     Defendants had reason to know about their infringement of Microsoft's federally registered trademarks and service mark and caused, induced, or materially contributed to it.

39.     As a result of their wrongful conduct, Defendants are liable to Microsoft for trademark infringement.  15 U.S.C. § 1114(1).  Microsoft has suffered damages.  Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  15 U.S.C. § 1117(a).

40.     In addition, because of Defendants' infringement of Microsoft's trademarks and service mark as described above, the award of actual damages and profits should be trebled pursuant to 15 U.S.C. §1117(b).  Alternatively, Microsoft is entitled to statutory damages under 15 U.S.C. § 1117(c).

41.     Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) and to an order compelling the impounding of all infringing materials advertised, marketed, copied, offered and/or distributed by Defendants pursuant to 15 U.S.C. § 1116, subsections

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

(a) and (d)(1)(A). Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's trademarks and service mark are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement constitutes harm to Microsoft's such that Microsoft could not be made whole by any monetary award, (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin or authenticity of the infringing materials, and (d) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

42. Microsoft is also entitled to recover its attorneys' fees and costs of suit. 15 U.S.C. § 1117.

### THIRD CLAIM
### [False Designation Of Origin, False Description And Representation – 15 U.S.C. § 1125 et seq.]
### Against Defendants

43. Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 42, inclusive.

44. Because Microsoft advertises, markets, distributes, and licenses its software under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software is distinguished from the software or products of others in the same field or related fields.

45. Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software or services of Microsoft.

46. Microsoft has also designed distinctive and aesthetically pleasing displays, logos, icons, graphic images, and packaging (collectively, "Microsoft visual designs") for its software programs.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

47.     Defendants' wrongful conduct includes the use of Microsoft's marks, name, and/or imitation visual designs, and specifically displays, logos, icons, graphic designs, and/or packaging virtually indistinguishable from Microsoft visual designs, in connection with their goods and services.

48.     Upon information and belief, Defendants engaged in such wrongful conduct with the purpose of misleading or confusing customers and the public as to the origin and authenticity of the goods and services advertised, marketed, copied, offered and/or distributed in connection with Microsoft's marks, name, and imitation visual designs, and of trading upon Microsoft's goodwill and business reputation.  Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that the imitation visual images originate from or are authorized by Microsoft, all in violation of § 43(a) of the Lanham Trademark Act, set forth at 15 U.S.C. § 1125(a).

49.     Defendants' wrongful conduct is likely to continue unless restrained and enjoined.

50.     As a result of Defendants' wrongful conduct, Microsoft has suffered and will continue to suffer damages.  Microsoft is entitled to injunctive relief and to an order compelling the impounding of all imitation marks and visual designs being used, advertised, marketed, copied, offered and/or distributed by Defendants.  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's marks, name and visual designs are unique and valuable property which have no readily-determinable market value, (b) Defendants' advertising, marketing, copying, and/or distribution of imitation visual designs constitutes harm to Microsoft such that Microsoft could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, are continuing.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

## FOURTH CLAIM
### [Nevada Common Law Unfair Competition and Unfair Trade Practices]
### Against Defendants

51.     Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 50 inclusive.

52.     The acts and conduct of Defendants as alleged above in this complaint constitute unfair competition proscribed by the common law of the State of Nevada.

53.     Defendants' acts and conduct are likely to confuse the public into believing that the items being offered or distributed by Defendants originate with, or are sponsored, approved or authorized by Microsoft in violation of Microsoft's rights under the common law of unfair competition of the State of Nevada.

54.     Defendants' conduct as alleged above has damaged Microsoft and resulted in an illicit gain of profit to Defendants in an amount that is unknown at the present time.

## FIFTH CLAIM
### [For Imposition Of A Constructive Trust Upon Illegal Profits]
### Against Defendants

55.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 54, inclusive.

56.     Defendants' conduct constitutes deceptive and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software or related components approved or authorized by Microsoft.

57.     By virtue of Defendants' wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

58.     Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

59.     Defendants hold the money and profits they have illegally received as constructive trustees for the benefit of Microsoft.

## SIXTH CLAIM
### [Accounting]
### Against Defendants

60.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 59, inclusive.

61.     Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover any and all profits of Defendants that are attributable to their acts of infringement.

62.     Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual damages or statutory damages sustained by virtue of Defendants' acts of infringement.

63.     The amount of money due from Defendants to Microsoft is unknown to Microsoft and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material advertised, marketed, copied, offered and/or distributed by Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Microsoft respectfully requests judgment as follows:

(1)     That the Court enter a judgment against Defendants as indicated below:

(a)     that Defendants have willfully infringed Microsoft's rights in the following federally registered copyrights, in violation of 17 U.S.C. § 501:

(1)     TX 7-151-840 ("Office 2010");

(2)     TX 7-218-085 ("Excel 2010");

(3)     TX 7-206-501 ("Outlook 2010");

(4)     TX 7-219-973 ("PowerPoint 2010");

(5)     TX 7-206-498 ("Word 2010");

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

(6)  TX 7-206-489 ("Publisher 2010");

(7)  TX 7-206-461 ("Access 2010");

(8)  TX 7-206-464("OneNote 2010");

(9)  TX 7-206-468 ("InfoPath 2010");

(10)  TX 7-206-481 ("SharePoint Workspace 2010"); and

(11)  TX  8-097-602 (Office 2016);

(b)   that Defendants have willfully infringed Microsoft's rights in the

following federally registered trademarks and service mark, in violation of 15 U.S.C. § 1114:

(1)  3,238,869 ("ACCESS");

(2)  3,905,556 (ACCESS LAUNCH ICON);

(3)  4,365,955 (ACCESS LAUNCH ICON);

(4)  2,942,050 ("EXCEL");

(5)  3,905,558 (EXCEL LAUNCH ICON);

(6)  4,355,451 (EXCEL LAUNCH ICON);

(7)  2,890,260 ("INFOPATH");

(8)  3,905,557 (INFOPATH  LAUNCH ICON);

(9)  1,200,236 ("MICROSOFT");

(10)  3,625,391 ("MICROSOFT OFFICE");

(11)  4,029,299 (OFFICE 2010 DESIGN);

(12)  4,456,462 (OFFICE 2012 DESIGN WITH TITLE);

(13)  4,459,826 (OFFICE 2012 DESIGN);

(14)  2,844,710 ("ONENOTE");

(15)  3,905,559 (ONENOTE LAUNCH ICON);

(16)  4,351,584 (ONENOTE LAUNCH ICON);

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

(17)    2,188,125 ("OUTLOOK");

(18)    3,905,560 (OUTLOOK LAUNCH ICON);

(19)    4,355,446 (OUTLOOK LAUNCH ICON);

(20)    1,475,795 ("POWERPOINT");

(21)    3,905,561 (POWERPOINT LAUNCH ICON);

(22)    4,385,388 (POWERPOINT LAUNCH ICON);

(23)    3,909,142 (PUBLISHER LAUNCH ICON);

(24)    4,355,448 (PUBLISHER LAUNCH ICON);

(25)    2,854,862 ("SHAREPOINT");

(26)    3,909,144 (SHAREPOINT LAUNCH ICON);

(27)    3,909,143 (WORD LAUNCH ICON); and

(28)    4,355,444 (WORD LAUNCH ICON);

(c)      that Defendants have committed and are committing acts of false designation of origin, false or misleading description of fact, and false or misleading representation against Microsoft, in violation of 15 U.S.C. § 1125(a);

(d)      that Defendants have engaged in unfair competition in violation of Nevada common law; and

(e)      that Defendants have otherwise injured the business reputation and business of Microsoft by the acts and conduct set forth in this Complaint.

(2)      That the Court issue injunctive relief against Defendants, and that Defendants, their directors, principals, officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendants, be enjoined and restrained from:

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P.O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

(a)    imitating, copying, or making any other infringing use or infringing distribution of the software programs, components, end user license agreements ("EULA"), Certificates of Authenticity ("COAs") and/or items protected by the following copyright Certificate Registration Nos.:

(1)    TX 7-151-840 ("Office 2010");

(2)    TX 7-218-085 ("Excel 2010");

(3)    TX 7-206-501 ("Outlook 2010");

(4)    TX 7-219-973 ("PowerPoint 2010");

(5)    TX 7-206-498 ("Word 2010");

(6)    TX 7-206-489 ("Publisher 2010");

(7)    TX 7-206-461 ("Access 2010");

(8)    TX 7-206-464("OneNote 2010");

(9)    TX 7-206-468 ("InfoPath 2010");

(10)    TX 7-206-481 ("SharePoint Workspace 2010"); and

(11)    TX 8-097-602 (Office 2016);

or the software programs, components and/or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1)    3,238,869 ("ACCESS");

(2)    3,905,556 (ACCESS LAUNCH ICON);

(3)    4,365,955 (ACCESS LAUNCH ICON);

(4)    2,942,050 ("EXCEL");

(5)    3,905,558 (EXCEL LAUNCH ICON);

(6)    4,355,451 (EXCEL LAUNCH ICON);

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P.O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

19

(7)     2,890,260 ("INFOPATH");

(8)     3,905,557 (INFOPATH  LAUNCH ICON);

(9)     1,200,236 ("MICROSOFT");

(10)    3,625,391 ("MICROSOFT OFFICE");

(11)    4,029,299 (OFFICE 2010 DESIGN);

(12)    4,456,462 (OFFICE 2012 DESIGN WITH TITLE);

(13)    4,459,826 (OFFICE 2012 DESIGN);

(14)    2,844,710 ("ONENOTE");

(15)    3,905,559 (ONENOTE LAUNCH ICON);

(16)    4,351,584 (ONENOTE LAUNCH ICON);

(17)    2,188,125 ("OUTLOOK");

(18)    3,905,560 (OUTLOOK LAUNCH ICON);

(19)    4,355,446 (OUTLOOK LAUNCH ICON);

(20)    1,475,795 ("POWERPOINT");

(21)    3,905,561 (POWERPOINT LAUNCH ICON);

(22)    4,385,388 (POWERPOINT LAUNCH ICON);

(23)    3,909,142 (PUBLISHER LAUNCH ICON);

(24)    4,355,448 (PUBLISHER LAUNCH ICON);

(25)    2,854,862 ("SHAREPOINT");

(26)    3,909,144 (SHAREPOINT LAUNCH ICON);

(27)    3,909,143 (WORD LAUNCH ICON); and

(28)    4,355,444 (WORD LAUNCH ICON);

and any other items or works now or hereafter protected by any Microsoft copyright, trademark or service mark;

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

(b)      manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA and/or item bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Sections (2)(a) above;

(c)      using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service mark, or copyright including, but not limited to the Trademark, Service Mark, and Copyright Registration Numbers listed in Section (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software program, component, EULA, COA, and/or item not authorized or licensed by Microsoft;

(d)      using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software program, component, and/or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e)      engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, these trademarks, service mark, and/or copyrights; and

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P.O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

(f)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

(3)     That the Court enter an order pursuant to 15 U.S.C. § 1116(a)(d)(1)(A) and 17 U.S.C. § 503 impounding all counterfeit and infringing copies of purported Microsoft software and/or materials bearing any of Microsoft's trademarks or service mark, and any related item, including business records, that is in Defendants' possession or under their control;

(4)     That the Court enter an order that Defendants' websites be disabled by the appropriate domain name registries and/or the registrars holding or listing the domain names of the websites;

(5)     That the Court enter an order declaring that Defendants hold in trust, as constructive trustees for the benefit of Microsoft, their illegal profits obtained from their distribution of counterfeit and infringing copies of Microsoft's software, and requiring Defendants to provide Microsoft a full and complete accounting of all amounts due and owing to Microsoft as a result of Defendants' illegal activities.

(6)     That the Court order Defendants to pay Microsoft's general, special, actual, and statutory damages as follows:

(a)     Microsoft's damages and Defendants' profits pursuant to 17 U.S.C. § 504(b), or alternatively, enhanced statutory damages pursuant to 17 U.S.C. § 504(c), and 17 U.S.C. § 504(c)(2);

(b)     Microsoft's damages and Defendants' profits pursuant to 15 U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b), or in the alternative, statutory damages pursuant to 15 U.S.C. §1117(c) for each counterfeit mark; and

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P.O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

(c)   Microsoft's damages and Defendants' profits pursuant to Nevada common law.

(7)   That the Court order Defendants to pay to Microsoft both the costs of this action and the reasonable attorneys' fees incurred by it in prosecuting this action; and

(8)   That the Court grant to Microsoft such other and additional relief as is just and proper.

DATED March 2, 2016.

GUILD, GALLAGHER & FULLER, LTD.

By _____

JOHN K. GALLAGHER, ESQ.
Nevada Bar No.0956
100 West Liberty St., Suite 800
P.O. Box 2838
Reno, Nevada 89501
775.786.2366

Attorneys for Plaintiff
MICROSOFT CORPORATION

GUILD, GALLAGHER
& FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

23