# EXHIBIT 1

# rtificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-151-840

**Effective date of registration:**

May 28, 2010

## Title

**Title of Work:** Microsoft Office Professional Plus 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 12, 2010  **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork, audio visual; sounds; entire work including text on product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, audio visual; sounds

**Previous registration and year:** TX 6-504-552    2007

**New material included in claim:** text, photographs, compilation, editing, computer program, artwork, audio visual; sounds; entire work including text on product packaging

## Certification

**Name:** Matt Skelton

**Date:** May 28, 2010

**Applicant's Tracking Number:** 83503121

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-218-085

**Effective date of registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft Excel 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010     **Nation of 1st Publication:** United States

## Author

- **Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork: Entire work including text product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, previous version & files copyrighted by various third parties

**Previous registration and year:** TX 6-524-399    2007

TX 7-151-840    2010

**New material included in claim:** text, photographs, editing, computer program, artwork; additional programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617935

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-501

**Effective date of
registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft Outlook 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010          **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** text, editing, computer program, Entire work including product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, previous version & files copyrighted by various
third parties

**Previous registration and year:** TX 6-524-393     2007

TX 7-151-840     2010

**New material included in claim:** text, editing, computer program, additional programming text, additional
written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 836179

# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-219-973

**Effective date of registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft PowerPoint 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010     **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork, audio; entire work including text on product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, audio/video; previous version & files copyrighted by various third parties

**Previous registration and year:** TX 6-524-389    2007

TX 7-151-840    2010

**New material included in claim:** text, photographs, editing, computer program, artwork, audio/video additional programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617936

**Correspondence:**   Yes



# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-206-498**

**Effective date of registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft Word 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010    **Nation of 1st Publication:** United States

## Author

■

**Author:** Microsoft Corporation

**Author Created:** text, photograph(s), compilation, editing, computer program, artwork, Entire work including product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, previous version & files copyrighted by various third parties

**Previous registration and year:** TX 6-524-398    2007

TX 7-151-840    2010

**New material included in claim:** text, photographs, compilation, editing, computer program, artwork, additional programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617929

**Registration #:**   TX0007206498

**Service Request #:**   1-414353951



Microsoft Corporation
Peggy Crowley
One Microsoft Way
Redmond, WA 98052  United States

# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-464

**Effective date of
registration:**

June 17, 2010

---

## Title

**Title of Work:** Microsoft OneNote 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010 **Nation of 1st Publication:** United States

## Author

■ **Author:** Microsoft Corporation

**Author Created:** text, editing, computer program, Entire work including product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, previous version & files copyrighted by various
third parties

**Previous registration and year:** TX 6-524-396    2007

TX 7-151-840    2010

**New material included in claim:** text, editing, computer program, additional programming text, additional
written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617938

# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-489

**Effective date of
registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft Publisher 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010    **Nation of 1st Publication:** United States

## Author

■

**Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork, entire work including
product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, previous version & files
copyrighted by various third parties

**Previous registration and year:** TX 6-524-388    2007

TX 7-151-840    2010

**New material included in claim:** text, photographs, editing, computer program, artwork, additional
programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617941

# EXHIBIT 8

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-461

**Effective date of registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft Access 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010       **Nation of 1st Publication:** United States

## Author

■      **Author:** Microsoft Corporation

**Author Created:** text, editing, computer program, Entire work including product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, previous version & files copyrighted by various third parties

**Previous registration and year:** TX 6-524-395      2007

TX 7-151-840      2010

**New material included in claim:** text, editing, computer program, additional programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617942

# EXHIBIT 9

rtificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# TX 7-206-468

**Effective date of
registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft InfoPath 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010     **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** text, editing, computer program, entire work including product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, previous version & files copyrighted by various
third parties

**Previous registration and year:** TX 6-524-392     2007

TX 7-151-840     2010

**New material included in claim:** text, editing, computer program, additional programming text, additional
written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83619555

Page

# EXHIBIT 10

rtificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-481

**Effective date of
registration:**

June 17, 2010

## Title

**Title of Work:**  Microsoft Sharepoint Workspace 2010

## Completion/Publication

**Year of Completion:**  2010

**Date of 1st Publication:**  June 15, 2010       **Nation of 1st Publication:**  United States

## Author

**Author:**  Microsoft Corporation

**Author Created:**  text, editing, computer program, Entire work including product packaging

**Work made for hire:**  Yes

**Citizen of:**  United States

## Copyright claimant

**Copyright Claimant:**  Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:**  text, computer program, previous version & files copyrighted by various
third parties

**Previous registration and year:**  TX 6-524-390    2007

TX 7-151-840    2010

**New material included in claim:**  text, editing, computer program, additional programming text, additional
written text and additional revisions

## Certification

**Name:**  Matt Skelton

**Date:**  June 17, 2010

**Applicant's Tracking Number:**  83617968

# EXHIBIT 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# TX 8-097-602

**Effective Date of Registration:**
October 07, 2015

## Title

**Title of Work:** Office 365 ProPlus 2016

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 22, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Microsoft Corporation
  **Author Created:** computer program, revised version
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Microsoft Corporation
One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previous version
**Previous registration and year:** TX 7-649-882, 2013

**New material included in claim:** computer program, revised version

## Certification

**Name:** Dave Green
**Date:** October 07, 2015
**Applicant's Tracking Number:** 85350283

**Registration #:** TX0008097602
**Service Request #:** 1-2771872181

Microsoft Corporation
Elaine Peterson
One Microsoft Way
Redmond, WA 98052 United States