# EXHIBIT 12

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,238,869**

## United States Patent and Trademark Office

Registered May 8, 2007

### TRADEMARK
**PRINCIPAL REGISTER**

# ACCESS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)

ONE MICROSOFT WAY

REDMOND, WA 980526399

FOR: GENERAL PURPOSE COMPUTER DATA-BASE SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1992; IN COMMERCE 11-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,739,829, 1,741,086, AND 2,254,102.

SEC. 2(F).

SER. NO. 78-559,056, FILED 2-2-2005.

ANNE E. GUSTASON, EXAMINING ATTORNEY

# EXHIBIT 13

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,905,556**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER DATABASE MANAGEMENT SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,158, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,145,196 AND 3,379,619.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "A" AND AN IMAGE OF A KEY.

SN 77-886,672, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 14

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,365,955**
**Registered July 9, 2013**

**Int. Cls.: 9 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER DATABASE MANAGEMENT SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN DATABASE MANAGE-MENT AND ACCESSING REMOTELY STORED DATA FOR SUCH APPLICATIONS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS FOR DATABASE MANAGEMENT; PROVIDING TECHNICAL INFORMA-TION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/014835, FILED 6-5-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14834, FILED 6-5-2012.

OWNER OF U.S. REG. NOS. 3,379,619 AND 3,905,556.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DEPICTION OF A RECTANGLE WITH THE LETTER "A" IN THE CENTER PARTIALLY COVERING AN ADJACENT THREE-DI-MENSIONAL IMAGE OF THREE STACKED CYLINDRICAL SOLIDS.

SN 85-680,856, FILED 7-18-2012.

ZACHARY BELLO, EXAMINING ATTORNEY

*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT 15

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,942,050

Registered Apr. 19, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**

# EXCEL

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SPREADSHEET SOFTWARE; AND COMPUTER PROGRAMS FOR CREATING CHARTS AND GRAPHS FROM ELECTRONIC SPREADSHEETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-1985; IN COMMERCE 9-30-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-400,429, FILED 4-12-2004.

WON TEAK OH, EXAMINING ATTORNEY

# EXHIBIT 16

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,905,558**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SPREADSHEET SOFTWARE; COMPUTER PROGRAMS FOR CREATING CHARTS AND GRAPHS FROM ELECTRONIC SPREAD-SHEETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,160, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 1,626,863, 3,139,017, AND 3,486,459.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTERS "XL" AND AN IMAGE OF A SHEET OF PAPER.

SN 77-886,693, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 17

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,355,451**

**Registered June 18, 2013**

**Int. Cls.: 9 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SPREADSHEET SOFTWARE; COMPUTER PROGRAMS FOR CREATING CHARTS AND GRAPHS FROM ELECTRONIC SPREADSHEETS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN ELECTRONIC SPREADSHEETS AND ACCESSING REMOTELY STORED DATA FOR SUCH APPLICA-TIONS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS FOR ELECTRONIC SPREADSHEETS; PROVIDING TECHNICAL IN-FORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14833, FILED 6-5-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14832, FILED 6-5-2012.

OWNER OF U.S. REG. NOS. 3,486,459 AND 3,905,558.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DEPICTION OF A RECTANGLE WITH THE LETTER "X" IN THE CENTER PARTIALLY COVERING AN ADJACENT RECTANGU-LAR IMAGE INCLUDING A GRID OF RECTANGLES.

SN 85-680,878, FILED 7-18-2012.

MICHAEL WEBSTER, EXAMINING ATTORNEY

*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT 18

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

## United States Patent and Trademark Office

Reg. No. 2,890,260

Registered Sep. 28, 2004

### TRADEMARK
#### PRINCIPAL REGISTER

## INFOPATH

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SOFT-WARE TO DESIGN, CREATE, EDIT AND PUBLISH DOCUMENTS; AND COMPUTER PROGRAMS THAT ASSIST USERS IN DESIGNING, CREATING, EDITING, PUBLISHING AND COMPLETING DOCUMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-19-2003; IN COMMERCE 2-19-2003.

SN 78-201,363, FILED 1-8-2003.

ESTHER BELENKER, EXAMINING ATTORNEY

# EXHIBIT 19

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,905,557**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: SOFTWARE FOR CREATING AND MANAGING COMPUTER TEMPLATES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,161, FILED 6-18-2009.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "I" AND TWO ARROWS.

SN 77-886,678, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT 20

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236
Registered Jul. 6, 1982

## TRADEMARK
## SERVICE MARK
### Principal Register

# MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

## Certificate of Correction

Registered July 6, 1982                    Registration No. 1,200,236

Microsoft Corporation, by change of name and assignment from Microsoft

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue, Wash. 98004, by change of name and assignment from* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 3rd day of April 1984.



Attest:

# EXHIBIT 21

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

## United States Patent and Trademark Office

**Reg. No. 3,625,391**

Registered May 26, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# MICROSOFT OFFICE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SOFT-WARE FOR INFORMATION MANAGEMENT, CREATING SPREADSHEETS, TABLES, GRAPHS, AND CHARTS, AND FOR ORGANIZING AND ANALYZING DATA; COMPUTER SOFTWARE FOR WORD PROCESSING; COMPUTER SOFT-WARE FOR CREATION AND DISPLAY OF PRE-SENTATIONS INCLUDING TEXT AND GRAPHICS; COMPUTER SOFTWARE FOR ELECTRONIC MAIL AND INSTANT MESSAGING SERVICES, CALEN-DAR AND MEETING SCHEDULING, DESKTOP PUBLISHING, PROJECT MANAGEMENT, CUSTO-MER MANAGEMENT, BUSINESS PLANNING, DI-RECT MAIL AND BUSINESS FINANCIAL MANAGEMENT; COMPUTER SOFTWARE FOR ONLINE DOCUMENT COLLABORATION, STO-

RAGE AND EDITING SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-19-1989; IN COMMERCE 6-19-1989.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,200,236, 2,907,150 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-390,529, FILED 2-6-2008.

FLORENTINA BLANDU, EXAMINING ATTORNEY

# EXHIBIT 22

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,029,299**

**Registered Sep. 20, 2011**

**Int. Cls.: 9, 35, 38, 42, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER SERVER SOFTWARE FOR USE IN REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, WEB CONFERENCING AND DOCUMENT SHARING; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; APPLICATION AND BUSINESS SOFTWARE FOR USE IN WORD PROCESSING, SPREADSHEETS, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, CAD/CAM FOR GENERAL USE, PRESENTATION GRAPHICS, E-MAIL, CALENDAR, SCHEDULING, MANAGING MAILING ADDRESS, TELEPHONE, E-MAIL ADDRESS AND OTHER CONTACT INFORMATION, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, DESKTOP PUBLISHING, AND WEB PUBLISHING; COMPUTER SOFTWARE FOR MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMPUTER GAME SOFTWARE; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESSING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES, ALL IN THE FIELDS OF BUSINESS AND BUSINESS MANAGEMENT AND INFORMATION; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED HANDWRITTEN AND VOICE FORMAT; COMPUTER COMMUNICATIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; AND HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: ORGANIZING, ARRANGING, CONDUCTING AND PROMOTING OF TRADE SHOWS, BUSINESS, COMMERCIAL, AND PROMOTIONAL EXHIBITIONS AND BUSINESS CONFERENCES IN THE FIELDS OF COMPUTER HARDWARE, SOFTWARE, TELECOMMUNICATIONS, AND HIGH TECHNOLOGY AND IN THE FIELD OF DEVELOPMENT OF COM-



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,029,299** PUTER PROGRAMS AND SYSTEMS; PROVIDING BUSINESS INFORMATION CONCERNING HUMAN RESOURCES, SALES AND MARKETING, SMALL BUSINESS MANAGEMENT AND BUSINESS COMMUNICATIONS TOPICS OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY DISSEMINATING ADVERTISEMENTS AND BY PROVIDING HYPERTEXT LINKS TO THE WEBSITES OF OTHERS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; BUSINESS MANAGEMENT AND ADVERTISING SERVICES FOR OTHERS, NAMELY, ASSISTING OTHERS IN DIRECT ELECTRONIC MAIL ADVERTISING, ASSISTING OTHERS IN PLACING AND RUNNING ADVERTISEMENTS ON COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; BUSINESS ONLINE INFORMATION SERVICES, NAMELY, PROVIDING DATABASES AND WEBSITE LINKS TO OTHER CONTENT PROVIDERS IN THE FIELD OF BUSINESS ISSUES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: COMMUNICATION SERVICES, NAMELY, TRANSMITTING TEXT, SOUND, GRAPHICS AND VIDEO VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; PROVIDING INFORMATION IN THE FIELD OF WEB ACCESS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; TELECOMMUNICATION SERVICES, NAMELY, COMMUNICATIONS VIA MULTINATIONAL TELECOMMUNICATION NETWORKS; TELECOMMUNICATIONS SERVICES, NAMELY, TELECOMMUNICATIONS ACCESS SERVICES; DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION MEANS; ELECTRONIC EXCHANGE OF VOICE, DATA, AND GRAPHICS ACCESSIBLE VIA COMPUTER AND TELECOMMUNICATION NETWORKS; PROVIDING ONLINE BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING ONLINE DISCUSSION GROUPS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; ELECTRONIC MAIL SERVICES; WORKGROUP COMMUNICATIONS SERVICES OVER COMPUTER NETWORKS, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; INSTANT MESSAGING SERVICES; VOICE OVER IP SERVICES; COMMUNICATIONS BY COMPUTER TERMINALS; WIRELESS BROADBAND COMMUNICATION SERVICES; MOBILE PHONE COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR USE IN DATABASE MANAGEMENT, PREPARATION OF SPREADSHEETS, AND WORD PROCESSING; COMPUTER SOFTWARE CONSULTATION; PROVIDING INFORMATION IN THE FIELDS OF THE DEVELOPMENT OF COMPUTER SYSTEMS, NETWORKS AND SOFTWARE, OVER COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; TECHNICAL SUPPORT SERVICES, NAMELY, PROVIDING COMPUTER SOFTWARE-RELATED TECHNICAL ASSISTANCE TO OTHERS IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT SERVICES; AND PROVIDING COMPUTER SOFTWARE-RELATED TECHNICAL INFORMATION IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; HOSTING THE WEBSITES OF OTHERS ON A COMPUTER SERVER FOR A GLOBAL COMPUTER NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: PROVIDING INFORMATION IN THE FIELD OF SECURITY SERVICES FOR WEBSITES, VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS, IN CLASS 45 (U.S. CLS. 100 AND 101).

**Reg. No. 4,029,299**   FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04187, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04186, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04185, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04184, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04183, FILED 3-10-2009.

THE MARK CONSISTS OF FOUR STYLIZED RECTANGULAR SHAPES POSITIONED IN A GRID.

SN 77-819,967, FILED 9-3-2009.

MATTHEW PAPPAS, EXAMINING ATTORNEY

# EXHIBIT 23

# United States of America
## United States Patent and Trademark Office

# ◻ Office

**Reg. No. 4,456,462**

**Registered Dec. 24, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE AND COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT, ELECTRONIC SPREADSHEETS, DESIGNING, CREATING, EDITING AND PUBLISHING DOCUMENTS, NOTE TAKING, EMAIL, CALENDARING, SCHEDULING, CONTACT INFORMATION STORAGE AND MANAGEMENT, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, PRESENTATION GRAPHICS, DESKTOP PUBLISHING, WEB PUBLISHING, DOCUMENT MANAGEMENT, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, PRESENTATION GRAPHICS, WORD PROCESSING, INSTANT MESSAGING, VOICE OVER INTERNET PROTOCOL (VOIP), VIDEO CONFERENCING, AUDIO CONFERENCING, WEB CONFER-ENCING AND DOCUMENT SHARING, APPLICATION SHARING, COMPUTER DESKTOP SHARING, FILE TRANSFER, SENSING AND PROVIDING USER PRESENCE INFORMATION, TELEPHONY, REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, MAPPING GEOGRAPHICAL LOCATIONS, MA-NIPULATING VIDEO, AUDIO AND GRAPHICS; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICA-TIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESS-ING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED WRITTEN AND VOICE FORMAT; COMPUTER COMMUNICA-TIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICA-TION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; COMPUTER SOFTWARE FOR COMPUTER NETWORK SECURITY, ANTI-VIRUS PROTECTION, AND INTRUSION DETECTION AND PREVENTION; COMPUTER GAME SOFTWARE; HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLIC-ATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-12-2012; IN COMMERCE 12-12-2012.



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office

**Reg. No. 4,456,462**   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A THREE-DIMENSIONAL GEOMETRIC DESIGN WITH TWO VERTICAL SIDES AND TWO HORIZONTAL SIDES. THE VERTICAL SIDES AND TOP SIDE ARE THREE-DIMENSIONAL IMAGES OF RECTANGULAR SOLIDS AND THE BOTTOM SIDE IS A THREE-DIMENSIONAL IMAGE OF A TRIANGLE. TO THE RIGHT OF THE GEOMETRICAL DESIGN IS THE WORD "OFFICE".

SN 85-799,081, FILED 12-10-2012.

PAM WILLIS, EXAMINING ATTORNEY

# EXHIBIT 24

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,459,826**

**Registered Dec. 31, 2013**

**Int. Cls.: 9, 35, 38, 39, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

Deborah S. Cohn

Commissioner for Trademarks of the
United States Patent and Trademark Office

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE AND COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT, ELECTRONIC SPREADSHEETS, DESIGNING, CREATING, EDITING AND PUBLISHING DOCUMENTS, NOTE TAKING, EMAIL, CALENDARING, SCHEDULING, CONTACT INFORMATION STORAGE AND MANAGEMENT, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, PRESENTATION GRAPHICS, DESKTOP PUBLISHING, WEB PUBLISHING, DOCUMENT MANAGEMENT, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, PRESENTATION GRAPHICS, WORD PROCESSING, INSTANT MESSAGING, VOICE OVER INTERNET PROTOCOL (VOIP), VIDEO CONFERENCING, AUDIO CONFERENCING, WEB CONFER-ENCING AND DOCUMENT SHARING, APPLICATION SHARING, COMPUTER DESKTOP SHARING, FILE TRANSFER, SENSING AND PROVIDING USER PRESENCE INFORMATION, TELEPHONY, REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, MAPPING GEOGRAPHICAL LOCATIONS, MA-NIPULATING VIDEO, AUDIO AND GRAPHICS; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICA-TIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESS-ING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED WRITTEN AND VOICE FORMAT; COMPUTER COMMUNICA-TIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICA-TION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; COMPUTER SOFTWARE FOR COMPUTER NETWORK SECURITY, ANTI-VIRUS PROTECTION, AND INTRUSION DETECTION AND PREVENTION; COMPUTER GAME SOFTWARE; HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLIC-ATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

**Reg. No. 4,459,826** FOR: ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY DISSEMINATING ADVERTISEMENTS AND BY PROVIDING HYPERTEXT LINKS TO THE WEBSITES OF OTHERS VIA COMPUTER NET-WORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; BUSINESS ON-LINE INFORMATION SERVICES, NAMELY, PROVIDING DATABASES AND WEBSITE LINKS TO OTHER CONTENT PROVIDERS IN THE FIELD OF BUSINESS ISSUES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

FOR: COMMUNICATION SERVICES, NAMELY, TRANSMITTING TEXT, SOUND, GRAPHICS AND VIDEO VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; PROVIDING INFORMATION IN THE FIELD OF WEB ACCESS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; TELECOMMUNICATION SERVICES, NAMELY, COMMUNICATIONS VIA MULTINATIONAL TELECOMMUNICA-TION NETWORKS; TELECOMMUNICATIONS SERVICES, NAMELY, TELECOMMUNICA-TIONS ACCESS SERVICES; DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION MEANS; ELECTRONIC EXCHANGE OF VOICE, DATA, AND GRAPHICS ACCESSIBLE VIA COMPUTER AND TELECOMMUNICATION NETWORKS; PROVIDING ONLINE BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING ONLINE DISCUSSION GROUPS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; ELECTRONIC MAIL SERVICES; WORKGROUP COMMUNICATIONS SERVICES OVER COMPUTER NETWORKS, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; INSTANT MESSAGING SERVICES; VOICE OVER INTERNET PROTOCOL (VOIP) SERVICES; COMMUNICATIONS BY COM-PUTER TERMINALS; WIRELESS BROADBAND COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

FOR: ELECTRONIC STORAGE OF FILES, DOCUMENTS AND DATA, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

FOR: COMPUTER SERVICES, NAMELY, PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE FOR USE IN THE FIELDS OF DATABASE MANAGEMENT, ELECTRONIC SPREADSHEETS, DESIGNING, CREATING, EDITING AND PUBLISHING DOCUMENTS, NOTE TAKING, EMAIL, CALENDARING, CONTACTS MANAGEMENT, PRESENTATION GRAPHICS, DESKTOP PUBLISHING, DOCUMENT MANAGEMENT, WORD PROCESSING, INSTANT MESSAGING, VOICE OVER INTERNET PROTOCOL (VOIP), VIDEO CONFERENCING, AUDIO CONFERENCING, APPLICATION SHARING, COMPUTER DESKTOP SHARING, FILE TRANSFER, ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET, SENSING AND PROVIDING USER PRESENCE INFORMATION, TELEPHONY, COMPUTER NETWORK SECURITY, ANTI-VIRUS PROTECTION, AND INTRUSION DETECTION AND PREVENTION; COM-PUTER SOFTWARE CONSULTATION; PROVIDING INFORMATION IN THE FIELDS OF THE DEVELOPMENT OF COMPUTER SYSTEMS, CLOUD COMPUTING ENVIRONMENTS, NETWORKS AND SOFTWARE OVER COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; TECHNICAL SUPPORT SERVICES, NAMELY, PROVIDING TECHNICAL ASSISTANCE TO OTHERS IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT SERVICES; PROVIDING TECHNICAL IN-FORMATION IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; HOSTING THE WEBSITES OF OTHERS ON A COMPUTER SERVER FOR A GLOBAL COMPUTER NETWORK; PROVIDING CUSTOMIZED ON-LINE WEB PAGES FEATURING PERSONAL AND BUSINESS INFORMATION SPECIFIED AND DEFINED BY USERS WHICH INCLUDES

**Reg. No. 4,459,826** SEARCH ENGINES AND ONLINE LINKS TO OTHER WEB SITES, OVER COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING; PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR ACCESSING AND USING CLOUD COMPUTING NETWORKS, PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR ACCESSING REMOTELY STORED DATA, FILES AND DOCUMENTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

THE MARK CONSISTS OF A THREE-DIMENSIONAL GEOMETRIC DESIGN WITH TWO VERTICAL SIDES AND TWO HORIZONTAL SIDES. THE VERTICAL SIDES AND TOP SIDE ARE THREE-DIMENSIONAL IMAGES OF RECTANGULAR SOLIDS AND THE BOTTOM SIDE IS A THREE-DIMENSIONAL IMAGE OF A TRIANGLE.

SN 85-676,534, FILED 7-13-2012.

ZACHARY BELLO, EXAMINING ATTORNEY

# EXHIBIT 25

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,844,710

Registered May 25, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## ONENOTE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING AUDIO AND VISUAL INFORMATION AND IMAGES IN ELECTRONIC FORM; COMPUTER SOFTWARE FOR VIEWING AND EDITING MEETING AGENDAS AND TO-DO LISTS; COMPUTER SOFTWARE FOR REMINDING USERS OF DATES AND EVENTS; COMPUTER SOFTWARE FOR ACCESSING SHARED DOCUMENTS (NOTES); COMPUTER SOFTWARE FOR USE IN ACCESSING AND TRANSMITTING INFORMATION TO COMPUTER NETWORKS, NAMELY, COMPUTER SOFTWARE FOR EMAILING NOTES AND PUBLISHING NOTES ON COMPUTER NETWORKS; AND COMPUTER PERIPHERALS, NAMELY, ELECTRONIC PENS FOR INPUTTING HANDWRITTEN DATA INTO A COMPUTER , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-6-2003; IN COMMERCE 3-6-2003.

SER. NO. 78-182,506, FILED 11-6-2002.

SHARON MEIER, EXAMINING ATTORNEY

# EXHIBIT 26

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,559**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING AUDIO AND VISUAL INFORMATION AND IMAGES IN ELECTRONIC FORM; COMPUTER SOFTWARE FOR VIEWING AND EDITING MEETING AGENDAS AND TO-DO LISTS; COMPUTER SOFTWARE FOR REMINDING USERS OF DATES AND EVENTS; COMPUTER SOFTWARE FOR ACCESSING SHARED DOCUMENTS OR SHARED ELECTRONIC NOTES; COMPUTER SOFTWARE FOR USE IN ACCESSING AND TRANSMITTING INFORMATION TO COMPUTER NETWORKS, NAMELY, COMPUTER SOFTWARE FOR EMAILING NOTES AND PUBLISHING NOTES ON COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,163, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,180,408 AND 3,486,464.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "N" AND AN IMAGE OF A NOTEBOOK.

SN 77-886,702, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 27

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,351,584**

**Registered June 11, 2013**

**Int. Cls.: 9 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING AUDIO AND VISUAL INFORMATION AND IMAGES IN ELECTRONIC FORM; COMPUTER SOFTWARE FOR VIEWING AND EDITING MEETING AGENDAS AND TO-DO LISTS; COMPUTER SOFTWARE FOR REMINDING USERS OF DATES AND EVENTS; COMPUTER SOFTWARE FOR ACCESSING SHARED DOCUMENTS OR SHARED ELECTRONIC NOTES; COMPUTER SOFTWARE FOR USE IN ACCESSING AND TRANSMITTING INFORMATION TO COMPUTER NETWORKS, NAMELY, COMPUTER SOFTWARE FOR EMAILING NOTES AND PUBLISHING NOTES ON COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN NOTE TAKING AND ACCESSING REMOTELY STORED DATA FOR SUCH APPLICATIONS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS FOR NOTE TAKING; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14826, FILED 6-5-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14825, FILED 6-5-2012.

OWNER OF U.S. REG. NO. 3,905,559.



Acting Director of the United States Patent and Trademark Office

THE MARK CONSISTS OF A THREE-DIMENSIONAL DEPICTION OF A RECTANGLE WITH THE LETTER "N" IN THE CENTER PARTIALLY COVERING AN ADJACENT IMAGE OF A NOTEBOOK WITH TABS ON THE RIGHT SIDE OF THE NOTEBOOK.

**Reg. No. 4,351,584** SN 85-680,853, FILED 7-18-2012.

ZACHARY BELLO, EXAMINING ATTORNEY

# EXHIBIT 28

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,188,125

Registered Sep. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# OUTLOOK

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399 MICROSOFT CORPORATION (WASHINGTON CORPORATION)

FOR: COMPUTER PROGRAMS FOR PROVIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MANAGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MESSAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNICATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MANAGING GROUP CALENDARS, TASK DELEGATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATA BASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK PROGRAMS, TELEPHONE DIALING PROGRAMS, PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS, PROGRAMS FOR TALLYING VOTING RESPONSES; AND INSTRUCTION MANUALS THEREFOR SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.

SN 75-053,439, FILED 2-5-1996.

FRANCES G. SMITH, EXAMINING ATTORNEY

# EXHIBIT 29

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,905,560**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR PROVIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MANAGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MESSAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNICATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MANAGING GROUP CALENDARS, TASK DELEGATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATABASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK COMPUTER PROGRAMS, TELEPHONE DIALING COMPUTER PROGRAMS, COMPUTER PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS AND COMPUTER PROGRAMS FOR TALLYING VOTING RESPONSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,162, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,168,003 AND 3,360,916.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTERS "O" AND "L" AND AN IMAGE OF AN ENVELOPE.

SN 77-886,710, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 30

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,355,446**
**Registered June 18, 2013**

**Int. Cls.: 9 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR PROVIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MANAGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MESSAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNICATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MANAGING GROUP CALENDARS, TASK DELEGATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATABASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK COMPUTER PROGRAMS, TELEPHONE DIALING COMPUTER PROGRAMS, COMPUTER PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS AND COMPUTER PROGRAMS FOR TALLYING VOTING RESPONSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN EMAIL, CALENDARING, CONTACTS MANAGEMENT AND ACCESSING REMOTELY STORED DATA FOR SUCH APPLICATIONS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS FOR EMAIL, CALENDARING, AND CONTACTS MANAGEMENT; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14824, FILED 6-5-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14823, FILED 6-5-2012.

OWNER OF U.S. REG. NOS. 3,360,916 AND 3,905,560.



*Teresa Stanek Rea*

Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,355,446** THE MARK CONSISTS OF A THREE-DIMENSIONAL DEPICTION OF A RECTANGLE WITH THE LETTER "O" IN THE CENTER PARTIALLY COVERING AN ADJACENT IMAGE OF THE BACK OF AN ENVELOPE.

SN 85-680,865, FILED 7-18-2012.

MICHAEL WEBSTER, EXAMINING ATTORNEY

# EXHIBIT 31

Int. Cl.: 9

Prior U.S. Cl.: 38

Reg. No. 1,475,795
d Feb. 9, 1988

Int. Cl.: 9

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**
Corrected

Reg. No. 1,475,795
Registered Feb. 9, 1988
OG Date June 28, 1988

### TRADEMARK
### PRINCIPAL REGISTER

### POWERPOINT

COMMERC

987.

[NING ATTC

MICROSOFT CORPORATION (DELA-
WARE CORPORATION)
BOX 97017
16011 NE WAY
RODMOND, WA 930739717, ASSIGNEE
OF FORETHOUGHT, INC. (CALIFOR-
NIA CORPORATION) SUNNYVALE,
CA

FOR: PRERECORDED COMPUTER
PROGRAMS RECORDED ON MAGNET-
IC DISKS, IN CLASS 9 (U.S. CL. 38).
FIRST USE 4–20–1987; IN COMMERCE
4–20–1987.

SER. NO. 669,735, FILED 6–29–1987.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 28, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# EXHIBIT 32

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,561**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, PROGRAMS FOR CREATING PRESENTATIONS, GRAPHICS AND VIDEOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,166, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,139,018 AND 3,360,915.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "P" AND AN IMAGE OF A CHART.

SN 77-886,820, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT 33

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,385,388**

**Registered Aug. 13, 2013**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cls.: 9 and 42**

FOR: COMPUTER SOFTWARE, NAMELY, PROGRAMS FOR CREATING PRESENTATIONS, GRAPHICS AND VIDEOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN PRESENTATION GRAPHICS AND ACCESSING REMOTELY STORED DATA FOR SUCH APPLICATIONS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS FOR PRESENTATION GRAPHICS; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14822, FILED 6-5-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14821, FILED 6-5-2012.

OWNER OF U.S. REG. NOS. 3,360,915 AND 3,905,561.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DEPICTION OF A RECTANGLE WITH THE LETTER "P" IN THE CENTER PARTIALLY COVERING AN ADJACENT IMAGE OF A PRESENTATION PAGE INCLUDING A PIE CHART AND TWO HORIZONTAL LINES.

SN 85-680,861, FILED 7-18-2012.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

# EXHIBIT 34

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,909,142**

**Registered Jan. 18, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: DESKTOP PUBLISHING SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,165, FILED 6-18-2009.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "P" AND AN IMAGE OF A FOLDED SHEET OF PAPER.

SN 77-886,827, FILED 12-4-2009.

DAVID TAYLOR, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 35

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,355,448**
**Registered June 18, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: DESKTOP PUBLISHING SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14820, FILED 6-5-2012.

OWNER OF U.S. REG. NO. 3,909,142.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DEPICTION OF A RECTANGLE WITH THE LETTER "P" IN THE CENTER PARTIALLY COVERING AN ADJACENT IMAGE OF A FOLDED PIECE OF PAPER INCLUDING A RECTANGLE AND THREE HORIZONAL LINES.

SN 85-680,870, FILED 7-18-2012.

MICHAEL WEBSTER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# EXHIBIT 36

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,854,862

United States Patent and Trademark Office    Registered June 15, 2004

---

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38          Reg. No. 2,854,862

United States Patent and Trademark Office       Registered June 15, 2004

Corrected                                        OG Date Nov. 30, 2004

**TRADEMARK**
**PRINCIPAL REGISTER**

MICROSOFT
  CORPORAT
ONE MICROS(
REDMOND, W

FOR: COMPI
GRAMS; COMI
DEVELOPMEN
PROGRAMS II
VIRONMENT;
IN AND TO

**SHAREPOINT**

MICROSOFT CORPORATION (WA-SHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: [COMPILER PROGRAMS, DE-BUGGER PROGRAMS;] COMPUTER PROGRAMS FOR RUNNING DEVELOP-MENT PROGRAMS AND APPLICATION PROGRAMS IN A COMMON DEVELOP-MENT ENVIRONMENT; [COMPUTER PROGRAMS FOR USE IN AND TO FACILITATE ELECTRONIC COMMERCE AND THE SECURE TRANSFER OF USER FINANCIAL INFORMATION FOR USE IN INDIVIDUAL PURCHASES], IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

SER. NO. 78-013,961, FILED 6-22-2000.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 30, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

# EXHIBIT 37

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,909,144**

**Registered Jan. 18, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN PROJECT MANAGEMENT; COMPUTER SOFTWARE FOR DESIGNING, CREATING, MAINTAINING AND ACCESSING CUSTOMIZED INTERNAL NETWORK SITES AND GLOBAL COMMUNICATION NETWORK SITES; COMPUTER AUTHORING SOFTWARE FOR USE ON INTERNAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, NAMELY, SOFTWARE FOR CREATING, EDITING AND DELIVERING TEXTUAL AND GRAPHIC INFORMATION, LOCALLY AND REMOTELY; COMPUTER PROGRAMS FOR DEVELOPING OTHER COMPUTER PROGRAMS; UTILITY PROGRAMS FOR CREATING INTERNAL NETWORK AND GLOBAL COMMUNICATION NETWORK APPLICATIONS; COMPUTER PROGRAMS FOR ASSISTING DEVELOPERS IN CREATING PROGRAM CODE FOR USE IN INTERNAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; SOFTWARE FOR DESIGNING, CREATING, MAINTAINING AND ACCESSING DOCUMENT MANAGEMENT, AUTHORING, STORAGE AND RETRIEVAL SYSTEMS; SOFTWARE FOR DOCUMENT AUTHORING, STORAGE, RETRIEVAL, CONTENTION CONTROL, VERSION HISTORY TRACKING, PROFILING, ACCESS CONTROL AND SECURITY; SOFTWARE FOR AUTOMATICALLY NOTIFYING USERS WHEN DOCUMENTS HAVE BEEN UPDATED; SOFTWARE FOR MEETING AND EVENT SCHEDULING AND NOTIFICATION AND FOR POSTING ANNOUNCEMENTS ON INTERNAL NETWORK SITES AND GLOBAL COMMUNICATION NETWORK SITES; SOFTWARE FOR POSTING LINKS TO INTERNAL NETWORK SITES AND GLOBAL COMMUNICATION NETWORK SITES; SOFTWARE FOR CATEGORIZING, SEARCHING AND RETRIEVING DOCUMENTS AND DATA ON INTERNAL COMPUTER NETWORKS; COMPUTER PROGRAMS FOR USE ON AND WITH COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, NAMELY, USER IDENTIFICATION, REGISTRATION AND AUTHORIZATION PROGRAMS; COMPUTER PROGRAMS FOR AUTOMATING LOGIN PROCEDURES TO ACCESS WEB SITES OR INTERNAL NETWORKS; SECURITY AND ENCRYPTION PROGRAMS; COMPUTER PROGRAMS FOR MAINTAINING USER PRIVACY; COMPUTER PROGRAMS FOR MAINTAINING AND UPDATING USER PROFILES; COMPUTER PROGRAMS FOR MAINTAINING SERVER PROFILES; COMPUTER SOFTWARE FOR USE IN DEVELOPING OTHER COMPUTER PROGRAMS FOR USE BY WORKGROUPS AND IN PROJECT MANAGEMENT APPLICATIONS; COMPUTER PROGRAMS FOR RUNNING DEVELOPMENT PROGRAMS AND APPLICATION PROGRAMS IN A COMMON DEVELOPMENT ENVIRONMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).



Director of the United States Patent and Trademark Office

**Reg. No. 3,909,144**    FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,167, FILED 6-18-2009.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "S" AND AN IMAGE OF TWO SHEETS OF PAPER.

SN 77-886,857, FILED 12-4-2009.

DAVID TAYLOR, EXAMINING ATTORNEY

# EXHIBIT 38

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,909,143**

**Registered Jan. 18, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: WORD PROCESSING SOFTWARE; COMPUTER PROGRAMS FOR CREATING, EDITING, SHARING, STORING AND PRINTING DOCUMENTS COMPRISED OF TEXT AND GRAPHICS AND UTILITY PROGRAMS FOR USE THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,168, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,135,906 AND 3,360,914.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "W" AND AN IMAGE OF A SHEET OF PAPER.

SN 77-886,830, FILED 12-4-2009.

DAVID TAYLOR, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# EXHIBIT 39

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,355,444**

**Registered June 18, 2013**

**Int. Cls.: 9 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: WORD PROCESSING SOFTWARE; COMPUTER PROGRAMS FOR CREATING, EDITING, SHARING, STORING, AND PRINTING DOCUMENTS COMPRISED OF TEXT AND GRAPHICS AND UTILITY PROGRAMS FOR USE THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

FOR: CLOUD COMPUTING FEATURING WORD PROCESSING SOFTWARE; NON-DOWNLOADABLE COMPUTER PROGRAMS FOR CREATING, EDITING, SHARING, STORING, AND PRINTING DOCUMENTS COMPRISED OF TEXT AND GRAPHICS AND UTILITY PROGRAMS FOR USE THEREWITH, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14815, FILED 6-5-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/14814, FILED 6-5-2012.

OWNER OF U.S. REG. NOS. 3,360,914 AND 3,909,143.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DEPICTION OF A RECTANGLE WITH THE LETTER "W" IN THE CENTER PARTIALLY COVERING AN ADJACENT IMAGE OF A PIECE OF PAPER WITH HORIZONTAL LINES ACROSS THE PAPER.

SN 85-680,857, FILED 7-18-2012.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office