John K. Gallagher, Esq.
Nevada State Bar No. 956
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
P.O. BOX 2838
Reno, Nevada 89505
Telephone: 775-786-2366
Facsimile: 775-322-9105
jgallagher@ggfltd.com

*Attorney for Plaintiff Microsoft Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> JULIANNA PAK, an individual d/b/a IBENEVOLO and IBENEVOLO.COM; JULIANNA PAK, an individual; and MARK PAK, an individual, <br><br> Defendants. | Case No. 2:16-cv-00452-GMN-VCF <br><br> **STIPULATION AND PROPOSED ORDER EXTENDING THE TIME TO RESPOND TO THE COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** <br><br> (Second Request) |

Plaintiff Microsoft Corporation ("Microsoft") by and through its undersigned counsel of record, and Defendants Julianna Pak, an individual doing business as ibenevolo and ibenevolo.com; Julianna Pak, an individual; and Mark Pak, an individual (collectively "Defendants") by and through their undersigned counsel, stipulate as follows:

1. Microsoft filed a Complaint for Damages and Injunctive Relief on March 2, 2016.

2. Microsoft and Defendants previously agreed to stipulate to an extension of time for Defendants to file an answer or otherwise respond to the Complaint until on or before Friday, April 15, 2016, which the Court approved by Order.

3. The parties are involved in good faith settlement negotiations. More specifically, Defendants have provided Microsoft with certain documents, which Microsoft is reviewing, and

1 the parties anticipate needing at least thirty additional days to continue pursue settlement
2 discussions.
3   WHEREFORE, Microsoft and Defendants request that an order be entered extending the
4 deadline for Defendants to answer or otherwise respond to the Complaint for Damages
5
6 and Injunctive Relief until on or before Friday, May 20, 2016.
7 IT IS SO STIPULATED:
8 Respectfully Submitted,                                Respectfully Submitted,

10 By: /s/ John K. Gallagher                             By: _____
    John K. Gallagher, Esq.                                  Mark Pak
11  Nevada State Bar No. 956
    100 West Liberty Street, Suite 800
12  P.O. BOX 2838                                        _____
    Reno, Nevada 89505                                   Julianna Pak
13
    *Attorney for Plaintiff*                             *For Defendants Mark Pak, an*
14  *Microsoft Corporation*                              *individual; Julianna Pak, an individual;*
                                                         *and Julianna Pak, an individual d/b/a*
15                                                       *ibenevolo and ibenevolo.com*

17 IT IS SO ORDERED:

19 _____
   UNITED STATES ~~DISTRICT~~ JUDGE
20         4-15-2016
   DATED: _____

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b), I certify that I am an employee of GUILD, GALLAGHER & FULLER, LTD., and that on this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING THE TIME TO RESPOND TO THE COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** on the parties and/or their attorneys by placing a true and correct copy thereof enclosed in sealed envelopes with postage prepaid thereon in the United States Post Office mail at 100 West Liberty Street, Suite 800, Reno, Nevada 89501, addressed as follows:

Mark and Julianna Pak
33 Benevolo Drive
Henderson, Nevada 89011

DATED this 15th day of April, 2016.

_____
KRISTIN JOY