1
2
3
4
5

6       **UNITED STATES DISTRICT COURT**
        **DISTRICT OF NEVADA**
7

8                                              Case # 2:16-cv-00452-GMN-VCF
   Microsoft Corporation
9
                                               **VERIFIED PETITION FOR**
10              Plaintiff(s),                  **PERMISSION TO PRACTICE**
                                               **IN THIS CASE ONLY BY**
11      vs.                                    **ATTORNEY NOT ADMITTED**
                                               **TO THE BAR OF THIS COURT**
12   Pak et al.                                **AND DESIGNATION OF**
                                               **LOCAL COUNSEL**
13
                Defendant(s).
14                                             FILING FEE IS $250.00

15

16        Eric Menhart, Esq.          , Petitioner, respectfully represents to the Court:
                (name of petitioner)
17
          1.    That Petitioner is an attorney at law and a member of the law firm of
18
   Lexero Law
19                                      (firm name)

20   with offices at 316 F St., NE Suite 101                                             ,
                                          (street address)
21
   Washington                     , District of Columbia           , 20002          ,
22          (city)                              (state)                (zip code)

23   (855) 453-9376              , Eric.Menhart@Lexero.com              .
        (area code + telephone number)       (Email address)
24
          2.    That Petitioner has been retained personally or as a member of the law firm by
25
   all Defendants                                   to provide legal representation in connection with
26          [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16

3.   That since August 6, 2007_____, Petitioner has been and presently is a
                     (date)
member in good standing of the bar of the highest Court of the State of District of Columbia
                                                                      (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Court of Appeals of Maryland | June 13, 2006 | 200606130215 |
| United States District Court for the District of MD | October 2, 2006 | 16869 |
| United States District Court for the District of Columbia | February 4, 2008 | 975896 |
| United States District Court for the District of MA | January 24, 2008 | 665552 |
| Massachusetts Supreme Judicial Court | July 19, 2006 | 665552 |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2                                    Rev. 5/16

1    6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give

2    particulars if ever denied admission):

3    (State "none" if Petitioner has never been denied admission.)

4    None

5

6    7.    That Petitioner is a member of good standing in the following Bar Associations.

7    (State "none" if Petitioner is not a member of other Bar Associations.)

8    American Bar Association

9

10   8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11   (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19                   (If necessary, please attach a statement of additional applications)

20   9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21   State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22   extent as a member of the State Bar of Nevada.

23   10.   Petitioner agrees to comply with the standards of professional conduct required of

24   the members of the bar of this court.

25   11.   Petitioner has disclosed in writing to the client that the applicant is not admitted to

26   practice in this jurisdiction and that the client has consented to such representation.

27

28                                            3                                    Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                         Petitioner's signature

5    STATE OF _____ )
                                )
     COUNTY OF _____ )

6

7    *ERIC MENHART*, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                                         Petitioner's signature

10   Subscribed and sworn to before me this

11

12   24   day of   May        ,   2016   .

13   *Bianca Leigh Black*
                Notary Public or Clerk of Court

14

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
              THE BAR OF THIS COURT AND CONSENT THERETO.**

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate Whitney Wilcher, Esq.       ,
                                                                          (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   1601 Diamond Oaks Court                                                                           ,
                                         (street address)

24   Las Vegas                    ,  Nevada                 ,   89117        ,
              (city)                          (state)              (zip code)

25

26   702-528-5201              ,  wcwilcher@hotmail.com         .
     (area code + telephone number)      (Email address)

27

28                                   4                              Rev. 5/16

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 24 day of May , 2016
Bian. Leigh Black
Bianca Leigh Black, Notary Public, D.C.
My commission expires October 14, 2020.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) <u>Whitney Wilcher, Esq.</u> as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_mark kh_
(party's signature)

Mark Pak, personally
(type or print party name, title)

_Julianna Pak_
(party's signature)

Julianna Pak, personally
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/Whitney Wilcher

Designated Resident Nevada Counsel's signature

| 7212 | wcwilcher@hotmail.com |
|------|------------------------|
| Bar number | Email address |

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## ERIC MENHART

was on   *AUGUST 6, 2007*   duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on **MARCH 29, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
            Deputy Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **July** A.D. **2006** , said Court being the highest Court of Record in said Commonwealth:

## Eric J. Menhart

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **March** in the year of our Lord **two thousand and sixteen.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# Court of Appeals
## of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of June, 2006,*

### Eric James Menhart

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-eighth day of March, 2016.*

*Bessie M. Decker*

*Clerk of the Court of Appeals of Maryland*