JOHN K. GALLAGHER, ESQ. (SBN. 0956)
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty St., Suite 800
P.O. Box 2838
Reno, Nevada 89501
Telephone:  775.786.2366
Facsimile:   775.322.9105
jgallagher@ggfltd.com

AUDRA M. MORI, ESQ. (admitted *pro hac vice*)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399
AMori@perkinscoie.com
Attorneys for Plaintiff
MICROSOFT CORPORATION

WHITNEY C. WILCHER, ESQ. (SBN. 7212)
THE WILCHER FIRM
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
Telephone: 702.528.5201
Facsimile: 702.979.4121
wcwilcher@hotmail.com

ERIC J. MENHART, ESQ. (admitted *pro hac vice*)
LEXERO LAW
316 F Street, Suite 101
Washington, DC 20002
Telephone: 855.453.9376
Facsimile: 855.453.9376
Eric.Menhart@Lexero.com
Attorneys for Defendants
JULIANNA PAK and MARK PAK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JULIANNA PAK, an individual d/b/a IBENEVOLO and IBENEVOLO.COM; JULIANNA PAK, an individual; and MARK PAK, an individual,<br><br>　　　　　　Defendants. | Case No. 16-cv-00452-GMN-VCF<br><br>STIPULATED DISCOVERY PLAN<br><br>**SUBMITTED IN COMPLIANCE WITH LOCAL RULE 26-1 (e)** |

Plaintiff Microsoft Corporation ("Microsoft" or "Plaintiff") and Defendants Julianna Pak, an individual d/b/a Ibenevolo and Ibenevolo.com; Julianna Pak, an individual; and Mark Pak, an individual ("Defendants") submit this Stipulated Discovery Plan and Proposed Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and applicable Local Rules.

## **RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

### **1. Disclosures**

Pursuant to Rule 26(a)(1), the parties will provide their disclosures within 14 days of the date of filing the Stipulated Discovery Plan. The parties do not require any changes in the form of requirements of the disclosures.

### **2. Proposed Discovery Plan**

The parties believe that discovery will be needed on the subjects of Microsoft's claims, defendants' defenses, and damages. The parties agree that discovery should be completed by November 21, 2016, as set forth below. The parties do not believe discovery should be conducted in phases.

### **3. Electronically Stored Information**

The parties will produce documents using practical and efficient means. If the parties, confront issues concerning their production of documents, they will meet and confer in an attempt to resolve such issues.

### **4. Issues Relating to Claims of Privilege**

The parties agree to promptly return to the other any documents the other party claims are privileged but were inadvertently produced. The party returning such documents under these circumstances shall retain the right to challenge the assertion of privilege.

### **5. Limitations on Discovery**

The parties do not believe at this time that any changes should be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure.

**6.     Protective Orders**

The parties will discuss an appropriate stipulated protective order. In the event that the parties do not agree on the terms, the parties may also bring motions for protective orders.

**7.     Alternative Dispute Resolution**

The parties agree to participate in a mediation by October 27, 2016.

## LOCAL RULE 26-1

Pursuant to Local Rule 26-1, counsel for the parties propose the following:

**1.     Discovery Cut-Off Date**

Defendants answered on May 25, 2016. The parties request 180 days for discovery, as suggested by the Local Rule, and a discovery cut-off of November 21, 2016.

**2.     Deadline to Amend the Pleadings and Add Parties**

The parties propose to set this deadline ninety (90) days before the discovery cut-off, making it August 23, 2016.

**3.     Fed.R.Civ.P. 26(a)(2) Expert Disclosures**

The parties propose to set the expert disclosure deadline sixty (60) days before the discovery cut-off, making it September 22, 2016.

The parties propose to set the rebuttal expert disclosures deadline thirty (30) days before the discovery cut-off, making it October 24, 2016.

**4.     Deadline to File Dispositive Motions**

In light of the December holidays, the parties propose to set this deadline sixty (60) days after the discovery cutoff, making it January 20, 2016.

**5.     Deadline for Joint Pretrial Order**

The parties propose to set this deadline thirty (30) days after the date set for filing dispositive motions, making it February 20, 2017. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until

thirty (30) days after decision of the dispositive motions or further order of the Court pursuant to the Local Rule.

**IT IS SO STIPULATED:**

DATED: July 6, 2016

**PERKINS COIE LLP**

By: /s/ Audra Mori
　　　Audra Mori

Attorneys for Plaintiff MICROSOFT CORPORATION

DATED: July 6, 2016

**LEXERO LAW**

By: /s/ Eric J. Menhart
　　　Eric J. Menhart

Attorney for Defendants JULIANNA PAK and MARK PAK

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT JUDGE**

DATED: _____