JOHN K. GALLAGHER, ESQ. (SBN. 0956)
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty St., Suite 800
P.O. Box 2838
Reno, Nevada 89501
Telephone:  775.786.2366
Facsimile:   775.322.9105
jgallagher@ggfltd.com

AUDRA M. MORI, ESQ. (admitted *pro hac vice*)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399
AMori@perkinscoie.com
Attorneys for Plaintiff
MICROSOFT CORPORATION

WHITNEY C. WILCHER, ESQ. (SBN. 7212)
THE WILCHER FIRM
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
Telephone: 702.528.5201
Facsimile: 702.979.4121
wcwilcher@hotmail.com

ERIC J. MENHART, ESQ. (admitted *pro hac vice*)
LEXERO LAW
316 F Street, Suite 101
Washington, DC 20002
Telephone: 855.453.9376
Facsimile: 855.453.9376
Eric.Menhart@Lexero.com
Attorneys for Defendants
JULIANNA PAK and MARK PAK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIANNA PAK, an individual d/b/a IBENEVOLO and IBENEVOLO.COM; JULIANNA PAK, an individual; and MARK PAK, an individual,<br><br>    Defendants. | Case No. 2:16-cv-00452-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**(First Request by Stipulation and Proposed Order to Continue Date of Conference)** |

134053056.1

Plaintiff Microsoft Corporation ("Microsoft") by and through its undersigned counsel of record, and Defendants Julianna Pak, an individual doing business as ibenevolo and ibenevolo.com; Julianna Pak, an individual; and Mark Pak, an individual (collectively "Defendants"), by and through their undersigned counsel, stipulate as follows:

1. A settlement conference took place on October 19, 2016. A continued telephonic settlement conference took place on December 5, 2016, and a further in-person settlement conference is set to take place on January 6, 2017 at 9:00 a.m.

2. Today the parties agreed to the terms of a settlement but require time to draft and execute settlement documents. Therefore, the parties request that the settlement conference set for January 6, 2017, be continued for approximately two weeks, until the week of January 23, 2017.

3. If the parties are unable to draft and execute settlement documents prior to the week of January 23, 2017, a further settlement conference may be necessary.

WHEREFORE, Microsoft and Defendants request that an order be entered continuing the settlement conference, currently scheduled for January 6, 2017, until January 23, 2017 or later.

IT IS SO STIPULATED:

Respectfully Submitted,                          Respectfully Submitted,

Dated: January 4, 2017                           Dated: January 4, 2017

By:  /s/ Audra M. Mori                           By:  /s/ Eric J. Menhart
     Audra M. Mori (admitted *pro hac vice*)          Eric J. Menhart
     Perkins Coie LLP                                 Lexero Law
     1888 Century Park East, Suite 1700              316 F. Street, Suite 101
     Los Angeles, CA 90067                            Washington, DC 20002

ORDER

The settlement conference currently scheduled for January 6, 2017, is rescheduled for February 3, 2017 at 1:00 pm.

IT IS SO ORDERED.

Dated: January 5, 2017                           _____
                                                 NANCY J. KOPPE
                                                 United States Magistrate Judge