JOHN K. GALLAGHER, ESQ. (SBN. 0956)
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty St., Suite 800
P.O. Box 2838
Reno, Nevada 89501
Telephone:  775.786.2366
Facsimile:   775.322.9105
jgallagher@ggfltd.com

AUDRA M. MORI, ESQ. (admitted *pro hac vice*)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399
AMori@perkinscoie.com
Attorneys for Plaintiff
MICROSOFT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>JULIANNA PAK, an individual d/b/a IBENEVOLO and IBENEVOLO.COM; JULIANNA PAK, an individual; and MARK PAK, an individual,<br><br>            Defendants. | Case No. 2:16-cv-00452-GMN-VCF<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO TAKE SETTLEMENT CONFERENCE OFF CALENDAR** |

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Julianna Pak, an individual doing business as ibenevolo and ibenevolo.com; Julianna Pak, an individual; and Mark Pak, an individual (collectively "Defendants") have reached a settlement in this matter, and thus Microsoft requests that the Settlement Conference scheduled for 1:00 p.m. on February 24, 2017, be taken off calendar.  In support of its request, Microsoft states as follows:

    1.     On or about January 4, 2017, the parties agreed to the terms of a settlement but required time to draft and execute settlement documents.  A further Settlement Conference, which was then scheduled to take place on January 6, 2017, was continued until February 3, 2017, and it

1  was later continued to February 24, 2017 at 1:00 p.m.  Settlement documents were drafted and circulated, but Defendants' counsel was unable to obtain signatures from Defendants prior to moving to withdraw as their counsel, as it was difficult for him to reach them.

2.  On Friday, February 17, 2017, Microsoft's counsel's received signed settlement documents from Defendants, and Microsoft's counsel is now obtaining Microsoft's signatures on the documents.

3.  As part of the settlement, the parties must submit two documents to the Court, a Stipulated Permanent Injunction and a Consent Judgment, and request that the Court enter them. Microsoft plans to submit these documents as soon as possible.

4.  Within fourteen days of entry of the Stipulated Permanent Injunction and Consent Judgment, Microsoft intends to seek dismissal of this action.

5.  Therefore, Microsoft requests that the Settlement Conference that is currently scheduled for Friday, February 24, 2017 at 1:00 p.m. be taken off calendar.[1]

6.  Microsoft has informed Defendants that it would request to have the Settlement Conference taken off calendar in light of their execution of the settlement documents.

WHEREFORE, Microsoft requests that the Court enter an order taking the Settlement Conference that is currently scheduled for Friday, February 24, 2017 at 1:00 p.m. off calendar.

Respectfully Submitted,

DATED:  February 21, 2017          **PERKINS COIE LLP**

By:/s/ Audra Mori
    Audra Mori

Attorneys for Plaintiff MICROSOFT CORPORATION

---

[1] In the event that the Court denies this request, Microsoft and its counsel request to appear at the February 24, 2017, conference by phone.

1
NOTICE OF SETTLEMENT

## ORDER

**IT IS SO ORDERED.**

The settlement conference currently scheduled for February 24, 2017, is taken off calendar.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2017