IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JULIANNA PAK, an individual d/b/a IBENEVOLO and IBENEVOLO.COM; JULIANNA PAK, an individual; and MARK PAK, an individual,<br><br>Defendants. | Case No. 16-cv-00452-GMN-VCF<br><br>**CONSENT JUDGMENT** |

This matter having come before the Court by consent of all parties, and the terms being consented to by all parties, it is hereby

ORDERED AND ADJUDGED that Defendants Julianna Pak, an individual doing business as ibenevolo and ibenevolo.com; Julianna Pak, an individual; and Mark Pak, an individual, are liable to the Plaintiff in the amount of six hundred thousand dollars ($600,000) and post-judgment interest as allowed by law. Defendants agree that the conduct upon which this Consent Judgment is based makes it non-dischargeable in any bankruptcy proceeding involving Defendants.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Judge

DATED this ___7___ day of April, 2017

**CONSENT GIVEN BY:**

DATED: _____, 2017    **MARK PAK, an individual**

By:_____

DATED: _____, 2017    **JULIANNA PAK, as an individual and doing business as ibenevolo and ibenevolo.com**

By:_____

DATED: March 1, 2017    **MICROSOFT CORPORATION, a Washington corporation**

By: /s/ [signature]

-1-

CONSENT GIVEN BY:

DATED: 02/15, 2017          **MARK PAK, an individual**

By: *mark Pak*

DATED: Feb. 15, 2017        **JULIANNA PAK, as an individual and doing business as ibenevolo and ibenevolo.com**

By: *Julianna Pak*

DATED: _____, 2017        **MICROSOFT CORPORATION, a Washington corporation**

By:_____

-1-

41826-5600.0153/134066805.1